HENRY A. CAESAR et al., Copartners under the Firm
Name of H. A. CAESAR & Co., Respondents, *v.* ROBERT
W. BERNARD et al., Defendants, and WILLIAM M.
BERNARD, Appellant.

HENRY A. CAESAR et al, Copartners under the Firm
Name of H. A. CAESAR & Co., Respondents, *v.* ROBERT
W. BERNARD, Appellant, Impleaded with Others.

HENRY A. CAESAR et al., Copartners under the Firm
Name of H. A. CAESAR & Co., Respondents, *v.* ROBERT
W. BERNARD et al., Defendants, and W. CLEVELAND
RUNYON, Appellant.

*Caesar* v. *Bernard*, 156 App. Div. 724, 736, 737, affirmed.
(Argued October 20, 1913; decided October 31, 1913.)

APPEAL, by permission, in each of the above-entitled
actions from an order of the Appellate Division of the
Supreme Court in the first judicial department, entered
May 15, 1913, which reversed an order of the Appellate
Term affirming an order of the City Court of the City of
New York granting a motion by defendants for judg-
ment on the pleadings in an action by judgment creditors
of the Wyckoff Holding Company, a domestic corpora-
tion, against the former directors and officers of said
company, who are alleged to have violated or been con-
cerned in violating the provisions of section 66 (formerly
section 48) of the Stock Corporation Law — prohibiting
preferences by corporations which are insolvent or whose
insolvency is imminent — to recover the damage sustained
by plaintiffs through the violations of the statute by
defendants.

The following question was certified: "Does the com-
plaint state facts sufficient to constitute a cause of action?"

*W. Cleveland Runyon, Richard H. McIntyre, Jr.,
Claudius A. Hand, John Elton Wayland* and *Robert
W. Bernard* for appellants.

*Henry L. Scheuerman, Herbert R. Limburg* and *Harry
F. Mela* for respondents.

Order in each appeal affirmed, with costs, on opinion of LAUGHLIN, J., below, and questions certified answered in the affirmative.

Concur: CULLEN, Ch. J., GRAY, WERNER, COLLIN, CUDDEBACK, HOGAN and MILLER, JJ.